1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KHAIRY

**FILED**

MAY 2 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR 11-00225 - HRL
                                     )
12                  Plaintiff,       )   [Proposed] ORDER CONTINUING
                                     )   STATUS HEARING FROM
    v.                               )   JUNE 2, 2011 to JUNE 17, 2011
13                                   )
    NAJIBULLAH KHAIRY,               )
14                                   )
                    Defendant.       )
15  _____)

16                          **ORDER**

17        GOOD CAUSE APPEARING, it is hereby ordered as follows:

18        The status conference hearing in the above-captioned matter is continued from June 2,

19  2011 to June 17, 2011, at 1:30 p.m., and the period of delay from June 2, 2011, to and including

20  June 17, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18,

21  United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

22

23  Dated: May ___, 2011

24                                   _____
                                     HONORABLE HOWARD L. LLOYD,
25                                   United States Magistrate/Judge

26